**Order entered July 1, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00127-CR

### CLARENCE DANNEL DUNNINGTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80895-2013**

## ORDER

The Court **REINSTATES** this appeal.

On May 16, 2014, we ordered the trial court to make findings regarding the reporter's record. We **ADOPT** the findings that: (1) the appellant desires to prosecute the appeal; (2) appellant is indigent and has appointed appellate counsel; (3) LaTresta Ginyard is the court reporter who recorded the proceedings; (4) Ms. Ginyard's workload has delayed the filing of the reporter's record; and (5) the earliest date by which the reporter's record can be filed July 11, 2014.

We **ORDER** court reporter LaTresta Ginyard to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

We **ORDER** appellant to file the brief within **FORTY-FIVE DAYS** from the date of this order.

/s/    DAVID EVANS
        JUSTICE